O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 25 2014

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADERICK RICHARDSON,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　　　Respondent. | Case No. CV 13-0859-DOC (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) petitioner's requests for leave to conduct discovery and for an evidentiary hearing are denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: _March 21, 2014_　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE