JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 25 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADERICK RICHARDSON,<br><br>Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, Warden,<br><br>Respondent. | Case No. CV 13-0859-DOC (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 21, 2014

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE